IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DELBERT RAY TAYLOR,<br><br>    Petitioner,<br><br>vs.<br><br>JEFFERY ROBERTS,<br><br>    Respondent. | 8:25CV685<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). Filing No. 2. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). As indicated in the Court's records, Petitioner paid the $5.00 fee on December 16, 2025. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP, Filing No. 2, is denied as moot. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

Dated this 23rd day of December, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge